UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-00344-FDW

| | |
|---|---|
| TERRANCE JAVARR ROSS,	) | |
| Petitioner,	) | |
| vs.	) | **ORDER** |
| MIKE SLAGLE,	) | |
| Respondent.	) | |

**THIS MATTER** is before the Court upon Petitioner Terrance Javarr Ross's Motion for Extension of Time. (Doc. No. 3.)

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) On December 22, 2017, the Clerk of Court mailed Petitioner a Deficiency Notice, alerting him that he needed to pay a $5.00 filing fee or a motion to proceed in forma pauperis. (Doc. No. 2.) Petitioner was given 21 days to comply.

Petitioner has filed the instant Motion, acknowledging that he had the funds to pay the filing fee when he filed his habeas petition. He seeks additional time to pay it, citing issues involving personnel responsible for disbursing funds from inmate trust accounts. There being no indication that the motion has been filed for improper purposes, it shall be granted.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Extension of Time (Doc. No. 3) is **GRANTED**. Petitioner shall have up to and including February 2, 2018, to pay the $5.00 filing fee.

Signed: January 16, 2018

Frank D. Whitney
Chief United States District Judge